# STATE OF LOUISIANA
## COURT OF APPEAL, FIRST CIRCUIT

SHANELLE JOSEPH

VERSUS

SOUTHERN UNIVERSITY
AGRICULTURAL AND MECHANICAL
COLLEGE BOARD OF SUPERVISORS,
JOHN OWENS, BOTH INDIVIDUALLY
AND IN HIS OFFICIAL CAPACITY;
JAMES LLORENS, BOTH
INDIVIDUALLY AND IN HIS
OFFICIAL CAPACITY; RAO UPPU
BOTH INDIVIDUALLY AND IN HIS
OFFICIAL CAPACITY; AND ROBERT
MILLER JR. BOTH INDIVIDUALLY
AND IN HIS OFFICIAL CAPACITY

NO. 2020 CW 0123

APR 2 8 2020

---

In Re:   Shanelle Joseph, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 642026.

---

**BEFORE:   WHIPPLE, C.J., LANIER AND BURRIS,[1] JJ.**

**WRIT DENIED.**

**VGW**
**WIL**
**WJB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment of the Louisiana Supreme Court.